IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MASSEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-3170 |
| FAIR ACRES GERIATRIC CENTER | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2012, "Defendants' Fair Acres Geriatric Center and Delaware County's Motion for Summary Judgment" (docket no. 39) is granted in part as follows:

    1. Summary judgment is entered in favor of defendants on Count I of the complaint;

    2. Summary judgment is entered in favor of defendants on the § 1983 claim contained in Count II of the complaint.

The remainder of defendants' motion is denied. A memorandum accompanies this order.

BY THE COURT:

/s/Edmund V. Ludwig
Edmund V. Ludwig, J.