IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MASSEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-3170 |
| FAIR ACRES GERIATRIC CENTER and | : | |
| DELAWARE COUNTY | : | |

## ORDER

AND NOW, this 24th day of July, 2012, the following are granted:

1. "Plaintiff's . . . Request for Reconsideration of Court Order, Dated March 23, 2012" (doc. no. 50);

2. "Defendants Fair Acres Geriatric Center and Delaware County's Renewed Motion for Summary Judgment" (doc no. 49).

Summary judgment is entered in favor of defendants and against plaintiff Kenneth Massey, as Administrator of the Estate of Bernice Massey, deceased, and in his own right, on all claims.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.